Matter of Stocker v City of Buffalo (2023 NY Slip Op 01430)

Matter of Stocker v City of Buffalo

2023 NY Slip Op 01430

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

277 CA 22-00883

[*1]IN THE MATTER OF KEVIN T. STOCKER, PETITIONER-PLAINTIFF-APPELLANT,
v
CITY OF BUFFALO, RESPONDENT-DEFENDANT, AND STATE OF NEW YORK, RESPONDENT-DEFENDANT-RESPONDENT. 

KEVIN T. STOCKER, TONAWANDA, PETITIONER-PLAINTIFF-APPELLANT PRO SE.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KEVIN C. HU OF COUNSEL), FOR RESPONDENT-DEFENDANT-RESPONDENT. 

 Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Henry J. Nowak, J.), entered December 23, 2021 in a proceeding pursuant to CPLR article 78 and a declaratory judgment action. The judgment, among other things, granted the cross motion of respondent-defendant State of New York for a declaratory judgment. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court